IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADRIAN JUSTICE TEMPLETON,  )
                                        )
            Petitioner,  )
                                        )    Civil No. 02-1564-ST
      v.                            )
                                        )    O R D E R
JEAN HILL,                     )
                                        )
            Respondent. )
_____ )

    Donnal S. Mixon
    Assistant Federal Public Defender
    15 Newtown Street
    Medford, Oregon 97501

        Attorney for Petitioner

    Hardy Myers
    Attorney General
    Carolyn Alexander
    Assistant Attorney General
    Department of Justice
    1162 Court Street N. E.
    Salem, Oregon 97310

        Attorneys for Respondent

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on December 13, 2005. Petitioner filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given de novo review of the rulings of Magistrate Judge Stewart. This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart dated December 13, 2005 in its entirety.

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (#2) is denied.

DATED this __10th__ day of January, 2006.

                                            /s/ Garr M. King
                                                    GARR M. KING
                                             United States District Judge